ACCEPTED
14-14-00652-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 1:26:31 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00652-CR
In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

6/2/2015 1:26:31 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

No. 1434552
In the 178th District Court
Of Harris County, Texas

———————◆———————

JOSE ALFREDO DOMINGUEZ
*Appellant*
V.
THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S FINAL MOTION FOR EXTENSION OF TIME TO FILE BRIEF

———————◆———————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with capital murder by intentionally causing the death of Ercile Johnson during the course of a burglary, and the jury found the appellant guilty (CR – 6, 82; 6 RR 35). The trial court sentenced him in accordance with the jury's verdict to life in prison without parole in the Texas Department of Criminal Justice, Institutional Division (CR – 83-84; 6 RR 36). The appellant filed a timely

notice of appeal, and the trial court certified that he had the right to appeal (CR – 86-88). After two extensions the State's brief is due on June 5, 2015. The State seeks an additional and final extension of 30 days to file its brief, until July 3, 2015. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The record in this case is over 48 megabytes in length split over 8 volumes and will take some time to process. The appellant brings three points of error, one of which is ineffective assistance alleging six separate ways counsel was deficient. The undersigned attorney has completed review of the record and is now in the process of addressing the appellant's complaints.

b. During the previous two months, while reading the record in this case, the undersigned attorney filed 5 other appellate briefs.

c. As part of her duties as an appellate team member to the misdemeanor courts, the undersigned attorney completed 29 research projects for trial lawyers assigned to her in the last two months, including assisting trial court prosecutor prepare for Motion for New Trial hearing in *The State of Texas v. Charles Trahan*, 1974704, the results of which the State has filed notice of appeal.

d. Last month, the undersigned attorney was unable to access her office due to the severe flooding of Houston that occurred after Memorial Day weekend. The Harris County Criminal Justice Center was closed May 26-27, 2015.

e. Last month, the undersigned attorney attended a previously scheduled CLE by UT Law CLE: The Court of Criminal Appeals Conference in Austin, Texas from May 27-29, 2015 to maintain her State mandated CLE requirements.

f. The undersigned attorney was also involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | *William Delacruz v. The State of Texas*<br>No. 01-14-00606-CR<br>Brief filed March 9, 2015 |
|-----|-----|
| (2) | *Eladio Castro Najera v. The State of Texas*<br>No. 14-14-00400-CR<br>Brief filed March 19, 2015 |
| (3) | *James Jones v. The State of Texas*<br>No. 14-14-00404-CR<br>Brief filed April 24, 2015 |
| (4) | *Randy Segura v. The State of Texas*<br>No. 01-14-00955-CR<br>Brief filed April 9, 2015 |
| (5) | *Jeremy Dugar v. The State of Texas*<br>No. 14-14-00245-CR<br><ul><li>Conviction reversed on April 9, 2015</li><li>Unexpected response to appellant's bail request filed on April 24, 2015</li><li>Unexpected Petition for Discretionary Review filed May 9, 2015.</li></ul> |
| (6) | *Odel Roderick Allen v. The State of Texas*<br>No. 14-14-00708-CR<br>Brief filed May 11, 2015 |
| (7) | *The State of Texas v. Charles Trahan*<br>County Court At Law No. 4<br>1974704<br><ul><li>Assisted trial prosecutor in Motion for New Trial</li><li>Preparing for State's appeal</li><li>Filed Notice of Appeal May 11, 2015</li><li>Assigned to the Fourteenth Court of Appeals on May 20, 2015</li></ul> |
| (8) | *Albert Nieves v. The State of Texas*<br>No. 01-14-00294-CR<br>Brief filed May 29, 2015 |

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The undersigned attorney requests a final extension of 30 days to complete briefing on this case and believes it will be completed by July 3, 2015. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a 30 day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Nicole DeBorde
712 Main Street, Suite 2400
Houston, TX 77002
713-228-8500
<u>Nicole@BSDLawFirm.Com</u>

<u>/s/ *Katie Davis*</u>
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

<u>Date: June 2, 2015</u>